IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

VS.                                    CR. NO. 2:04CR20069-001

ALEASHA L. DEES,
   Defendant,

and

SWBC,
   Garnishee.

## ORDER FOR SUSPENSION OF GARNISHMENT

Upon motion by the United States of America, IT IS HEREBY ORDERED that the garnishment be suspended until December 31, 2013, at which time the United States will either file a motion to dismiss the garnishment, or submit a proposed Order of Garnishment.

Dated: 6/17/13

HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 18 2013

CHRIS R. JOHNSON, Clerk
By
   Deputy Clerk